```
 1  ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
 2  MICHAEL J. CARROLL (St. Bar #50246)
    220 Montgomery Street, Suite 303
 3  San Francisco, CA  94104
    Telephone: (415) 392-5431
 4
    Attorneys for Plaintiffs
 5
 6
 7                   UNITED STATES DISTRICT COURT
 8                  NORTHERN DISTRICT OF CALIFORNIA
 9
10  BOARD OF TRUSTEES OF THE SHEET METAL )   NO.  C 09 4682 CW
    WORKERS, et al.,                     )
11                                       )
                                         )   NOTICE OF VOLUNTARY
12               Plaintiffs,             )   DISMISSAL
                                         )
13                                       )
          vs.                            )
14                                       )
                                         )
15  ATS PRODUCTS, INC., a California     )
    corporation,                         )
16                Defendant.             )
                                         )
17
         Notice is hereby given that the settlement has been
18
    completed and plaintiffs dismiss the above entitled action without
19
    prejudice pursuant to Federal Rule of Civil Procedure 41, and all
20
    dates relating to this case should be taken off the Court's
21
    calendar including the hearing a Case Management Conference set for
22
    June 15, 2010 at 2:00 p.m., in Courtroom No. 2, 4th Floor, 1301 Clay
23
    Street, Oakland, CA 94612.
24
    Dated:   May 4, 2010          ERSKINE & TULLEY
25
26
27                                By: /s/Michael J. Carroll
                                      Michael J. Carroll
28                                    Attorneys for Plaintiffs
```



IT IS SO ORDERED
Judge Claudia Wilken

NOTICE OF VOLUNTARY DISMISSAL

PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within above entitled action; my business address is 220 Montgomery Street, Suite 303, San Francisco, California 94104. On May 4, 2010 I served the within NOTICE OF VOLUNTARY DISMISSAL on the defendant in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at San Francisco, California, addressed as follows:

**ATS Products, Inc.**
**2785 Goodrick Avenue**
**Richmond, CA 94801**

I, SHARON EASTMAN, certify (or declare), under penalty of perjury that the foregoing is true and correct.

Executed on May 4, 2010 at San Francisco California.


/s/Sharon Eastman
Sharon Eastman